1  BRODSKY MICKLOW BULL & WEISS LLP
   Eugene A. Brodsky, State Bar No. 36691
2  Edward M. Bull, III, State Bar No. 141996
   384 Embarcadero West, Suite 200
3  Oakland, CA  94607-3704
   Telephone:    (510) 268-6180
4  Facsimile:    (510) 268-6181

5  Attorneys for Plaintiff,
   JAMES SMITH
6
   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
7  Eric Danoff, State Bar No. 60915
   49 Stevenson Street, Suite 400
8  San Francisco, CA  94105
   Telephone:    (415) 227-9455
9  Facsimile:    (415) 227-4255

10 Attorneys for Defendant
   AHL SHIPPING COMPANY
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  JAMES A. SMITH, | Case No.:    3:09-cv-04794-EDL |
| 16         Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ |
| 17      vs. | **ORDER REMOVING STAYED ACTION FROM THE ADR PROGRAM** |
| 18  AHL SHIPPING COMPANY, et al., | |
| 19         Defendants. | |

20

21      Plaintiff James A. Smith and defendant AHL Shipping Company ("AHL") jointly submit

22 this Stipulation and Proposed Order Removing Stayed Action From the ADR Program.

23      On December 18, 2009, the Court referred this matter to the ADR Program for mediation.

24 On June 18, 2010, however, before the mediation took place, defendant AHL filed in the United

25 States Bankruptcy Court, Eastern District of Louisiana, a Voluntary Petition for Relief under

26 Chapter 7 of the U.S. Bankruptcy Code, which resulted in an automatic stay of this action under

27 11 U.S.C. §362(a).  On June 18, 2010, AHL filed a Notice of Automatic Stay in this Court.  No

28 end to the stay is in sight.

The ADR Program administration has asked the parties to seek to have the Court rescind the referral of this action to mediation or other action under the ADR Program. Therefore plaintiff James Smith and defendant AHL, by and through their counsel of record, jointly request that the Court order that this action be removed from the ADR Program, without prejudice to referral back to the ADR Program should the stay be lifted.

**SO STIPULATED AND RESPECTFULLY REQUESTED:**

DATED: February 3, 2011   BRODSKY MICKLOW BULL & WEISS LLP

By _____/s/ Edward M. Bull III_____
　　　　Edward M. Bull III
Attorneys for Plaintiff
JAMES SMITH

DATED: February 3, 2011   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/ Eric Danoff_____
　　　　Eric Danoff
Attorneys for Defendant
AHL SHIPPING COMPANY

**CERTIFICATE OF SIGNATURE**

I attest that the content of this pleading is acceptable to attorney Edward M. Bull III and that he authorized me to sign the pleading on his behalf.

DATED: February 3, 2011   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/ Eric Danoff_____
　　　　Eric Danoff

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND ~~PROPOSED~~ ORDER RE ADR PROGRAM
Case No. 3:09-cv-04794-EDL

**ORDER REMOVING THIS ACTION FROM THE ADR PROGRAM**

Given the pending bankruptcy stay of this action and the stipulation of counsel, the Court hereby orders that this case is removed from the Court's ADR Program, and the Court's referral of this case to mediation under the ADR Program is rescinded, without prejudice to referral back to the ADR Program should the stay be lifted in the future.

DATED: February 7, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge



STIPULATION AND ~~PROPOSED~~ ORDER RE ADR PROGRAM
Case No. 3:09-cv-04794-EDL

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105